IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:11-CV-79-FDW-DCK

AT&T CORP., a New York Corporation,

    Plaintiff,

v.

BROWNLEE JEWELERS OF THE
CAROLINAS, INC.,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) concerning Stephanie D. Loughner, filed February 14, 2011. Ms. Loughner seeks to appear as counsel *pro hac vice* for Plaintiff AT&T Corp.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Loughner is admitted to appear before this court *pro hac vice* on behalf of Plaintiff AT&T Corp.

Signed: February 15, 2011

David C. Keesler
United States Magistrate Judge